U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Sharon Rodriguez
v.
G&M Investments, Inc., et al.

Case Number:

FILED
APRIL 10, 2008    YM
08CV2033
JUDGE CASTILLO
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sharon Rodriguez

| | |
|---|---|
| NAME (Type or print) Robert P. Berry | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Robert P. Berry | |
| FIRM Berry & Maxson LLC | |
| STREET ADDRESS 17295 Chesterfield Airport Road, Suite 209 | |
| CITY/STATE/ZIP St. Louis, Missouri 63005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) Pro Hac Vice Application Filed | TELEPHONE NUMBER (636) 777-7870 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |