U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Sharon Rodriguez | FILED |
| v. | APRIL 10, 2008         YM |
| G&M Investments, Inc., et al. | 08CV2033 |
|  | JUDGE CASTILLO |
|  | MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sharon Rodriguez

| |
|---|
| NAME (Type or print) |
| Michael B. Brohman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael B. Bohman |
| FIRM |
| Kamensky Rubinstein Hochman & Delott, LLP |
| STREET ADDRESS |
| 750 North Cicero Avenue, Suite 200 |
| CITY/STATE/ZIP |
| Lincolnwood, Illinois 60712-1693 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3124085 | (847) 982-1776 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐