**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 2033

Sharon Rodriguez

    v.

G&M Investments, Inc., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lehman Brothers Bank, FSB

| | |
|---|---|
| NAME (Type or print) |  |
| Robert F. Rabin |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Robert F. Rabin |  |
| FIRM |  |
| Robbins, Salomon & Patt, Ltd. |  |
| STREET ADDRESS |  |
| 25 E. Washington Street, 10th Floor |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60602 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARDC#6203742 | (312) 782-9000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |