IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON RODRIGUEZ, | ) |
| Plaintiff, | ) |
| v. | ) No. 08 C 2033 |
| G&M INVESTMENTS, INC., PHIL MEISINGER, LLC, PHILLIP C. MEISINGER III, SHARA S. MEISINGER, NATIONAL FINANCIAL COMPANY, JOE GIGLIETTI, STEWART TITLE COMPANY OF ILLINOIS, INC., LEHMAN BROTHERS BANK FSB, DOES 1 through 100, | ) Judge Ruben Castillo ) Magistrate Judge Jeffrey Cole |
| Defendants. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 21, 2008, at 4:00 p.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Ruben Castillo, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2141 of the United States District Court Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendant Lehman Brothers Bank, FSB's Motion for Leave to File Answer and Affirmative Defenses to Complaint.

LEHMAN BROTHERS BANK, FSB

/s/ Robert F. Rabin
One of its Attorneys

Robert F. Rabin
Robbins, Salomon & Patt, Ltd.
25 East Washington St., Suite 1000
Chicago, IL 60602
(312) 782-9000

## PROOF OF SERVICE

I, Robert F. Rabin, certify that on July 10, 2008, I caused a copy of this Notice of Motion and Defendant Lehman Brothers Bank, FSB's Motion for Leave to File Answer and Affirmative Defenses to Complaint to be electronically filed using the CM/ECF system of the United States District Court for the Northern District of Illinois and served electronically upon each party to whom notice is directed at the following e-mail addresses: *mbrohman@kr-law.com; srotunno@kftrlaw.com; wholloway@hinshawlaw.com; pking@hinshawlaw.com.*

/s/ Robert F. Rabin