IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON RODRIGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>G&M INVESTMENTS, INC.; PHIL MEISINGER, LLC; PHILLIP C. MEISINGER III; SHARA S. MEISINGER; NATIONAL FINANCIAL COMPANY; JOE GIGLIETTI; STEWART TITLE COMPANY OF ILLINOIS, INC.; LEHMAN BROTHERS BANK FSB and DOES 1 through 100,<br><br>        Defendants. | Case No.: 1:08-cv-02033<br><br>Judge: Ruben Castillo<br>Magistrate Judge Jeffrey Cole |

**DEFENDANT STEWART TITLE COMPANY OF ILLINOIS, INC.'S MOTION PURSUANT TO RULE 8(a)(2); 9(B); 11(b)(3) AND 12(b)(6)**

Defendant Stewart Title Company of Illinois, Inc. ("Stewart"), by and through its attorneys, Peter M. King and William J. Holloway, for its Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 8(a)(2), 9(b); 11(b)(3), and 12(b)(6) states as follows:

1. Plaintiff's Complaint does not state a claim against Stewart upon which relief can be granted.

2. Plaintiff cannot allege facts that meet the Federal Rules' rigorous standards for pleading an action based upon fraud. Plaintiff cannot allege facts that establish that Stewart is a lender or creditor that would subject Stewart to TILA or an equitable mortgage. Finally, the remaining counts against Stewart should be dismissed based upon the expiration of applicable statutes of limitation, as well as a general misapplication of law.

3. In further support of this Motion, Stewart files herewith its Memorandum of Law in Support of its Motion.

                Respectfully submitted,

                HINSHAW & CULBERTSON LLP

                By: s/Peter M. King
                     Peter M. King

Peter M. King
William J. Holloway
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000