UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHARON RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>G&M INVESTMENTS, INC.,<br>PHIL MEISINGER, LLC, PHILLIP C.<br>MEISINGER III, SHARA S. MEISINGER,<br>NATIONAL FINANCIAL COMPANY,<br>JOE GIGLIETTI, STEWART TITLE<br>COMPANY OF ILLINOIS, INC., LEHMAN<br>BROTHERS BANK FSB and<br>DOES 1 through 100,<br><br>　　　　Defendants | Case No. 08 CV 2033<br><br>Hon. Judge Castillo<br><br>Hon. Magistrate Judge Cole<br><br>**JOINT STATUS REPORT**<br><br>Status Hearing Date : July 21, 2008<br><br>Status Hearing Time : 2:00 p.m. |

Pursuant to this Court's June 2, 2008 Order and Local Rule 16.2, Plaintiff Sharon Rodriguez ("Ms. Rodriguez") and Defendants G&M Investments, Inc., Phil Meisinger, LLC, Phillip C. Meisinger, III, Shara S. Meisinger (collectively the "Meisinger Defendants"), Stewart Title Company of Illinois, Inc. ("Stewart Title") and Lehman Brothers Bank FSB submit the following Joint Status Report:

### I.

### Legal and Factual Issues

On April 10, 2008, Ms. Sharon Rodriguez filed her Complaint against the Meisinger Defendants, Stewart Title, Joe Giglietti, National Financial Company and Lehman Brothers Bank FSB. She alleges this is a predatory lending case whereby several defendants gained ownership of her home of 32 years for significantly less than actual value, stripped tens-of-thousands of dollars in equity, charged unreasonable and undisclosed fees, and misappropriated cash payments. Ms. Rodriguez alleges claims for Equitable Mortgage, violations of the Truth in Lending Act ("TILA"), violations of the Real Estate Settlement Procedures Act ("RESPA"), common law fraud, civil conspiracy to commit fraud, and conversion. In her Complaint, Ms.

Rodriguez also expressly reserves the right to add claims under the Illinois Mortgage Rescue Act and the Racketeer Influenced and Corrupt Organizations Act ("RICO"). On April 14, 2008, Ms. Rodriguez also filed in Cook County a Notice of Pendency of Action (*Lis Pendens*) and served it on all defendants in this action, except Lehman Brothers. On July 10, 2008, Lehman Brothers answered the Complaint. On July 11, 2008, Stewart Title filed a motion to dismiss. The remaining defendants have not yet responded to the Complaint, but each denies the claims and allegations made against them in the Complaint.

The Meisinger Defendants maintain that they did not solicit Ms. Rodriguez, but that National Financial Company did so, and that it explained to Ms. Rodriguez that it would work with individual investors, such as the Meisinger Defendants, to save her home from foreclosure. Ms. Rodriguez would be able to save a substantial portion of her equity through an Equity Sharing Agreement, she would continue to reside at the property while paying rent, and she would have the option to buy the property should she be able to do so. In exchange, she would pay a fee that would be a percentage of the purchase price.

In connection with the transaction, Ms. Rodriguez had her approximately $190,000 debt to her original lender paid off and the sheriff's sale that was scheduled was halted. The Meisinger Defendants have also paid nearly $15,000 in property taxes and overdue water bills. Since June 2007, Ms. Rodriguez has been living at the property without making payments of any kind. Ms. Rodriguez maintains and alleges, however, that she stopped making rent payments after discovering the Meisinger Defendants took a $44,000 check intended for her at closing. The Meisinger Defendants dispute Ms. Rodriguez's assertion that they had no right to take the check. The Meisingers assert that Ms. Rodriguez knew that the $44,000 was taken out of the closing, with about $27,000 going to the Meisingers and $16,800 going into a bank escrow which was used to pay her future obligations, because she signed a document to that effect and she received copies of the escrow statement. In addition and pursuant to her signed agreement, $700 per month was taken out of the escrow to offset, in part, Ms. Rodriguez' obligations to pay rent of $1,800/month. Only after the $16,800 was depleted did Ms. Rodriguez stop paying rent. Ms. Rodriguez initiated this litigation after the Meisinger Defendants brought legal proceedings

against her for defaulting on her rent. They received a judgment against Ms. Rodriguez and an order of possession for the property. Ms. Rodriguez disputes to propriety of this judgment and order. The Meisinger Defendants have also recently received notice that the Cook County Treasurer will apply to the Circuit Court to conduct a tax sale to satisfy additional taxes that remain unpaid.

## II.

## Outstanding Discovery

The parties are prepared to discuss a reasonable schedule for Rule 26 disclosures and a discovery plan. There are no current outstanding discovery disputes. In connection with settlement talks, the Meisinger Defendants have voluntarily produced selected relevant documents and information.

## III.

## Pending Motions

There are no currently pending motions filed by the Meisinger Defendants or by Lehman Brothers. Ms. Rodriguez is prepared, however, to file on short notice a motion for temporary restraining order and preliminary injunction in the event defendants take any steps to interfere with her possession, use or enjoyment of the property pending resolution of this lawsuit.

Defendant Stewart Title has filed a Rule 12(b)(6) Motion to Dismiss all counts against Stewart Title. Stewart further asserts that it has an executed hold harmless agreement dated and signed by Plaintiff and the Meisinger Defendants, and in the event that Plaintiff's complaint survives Stewart's Rule 12(b)(6) motion, Stewart will be filing a motion for summary judgment based, in part, on the hold harmless agreement.

## IV.

## Status of Settlement Discussions

After several informal telephonic settlement discussions, on May 19, 2008, counsel for Ms. Rodriguez served a 3-page letter to counsel for the Meisinger Defendants setting out a proposed plan for settlement. On May 29, the Meisinger Defendants' counsel responded by letter rejecting Ms. Rodriguez's proposal and setting out a 4-page counter-proposal. In a letter

dated June 3, 2008, Ms. Rodriguez's counsel rejected the Meisinger Defendants' counter-offer. Thereafter, by letter dated June 4, 2008, the Meisinger Defendants invited counsel for Ms. Rodriguez to submit a counter to their May 29 offer, to which counsel for Ms. Rodriguez has not yet responded.

V.

**Service Issues**

On May 27, 2008, Ms. Rodriguez mailed the Notice of Lawsuit and Request to Waive Service of Summons, and Waiver of Service of Summons, to all defendants in this case, except Lehman Brothers. Lehman Brothers, however, has filed an Answer and Affirmative Defenses. The Meisinger Defendants and Stewart Title, through their counsel, have signed and returned the Waiver of Service of Summons. Ms. Rodriguez's mailings to separate Defendants Joe Giglietti and to the Registered Agent of National Financial Company were marked "Return to Sender" and sent back to Ms. Rodriguez's counsel, who is making alternative arrangements in an attempt to serve process thereon.

Respectfully submitted,

/s/   Michael B. Brohman
_____

Michael B. Brohman (3124085)
Kamensky Rubinstein Hochman & Delott, LLP
7250 North Cicero Avenue, Suite 200
Lincolnwood, Illinois 60712-1693
Telephone:  (847) 982-1776

and

Robert P. Berry (MO # 46236; CA #220271)
Berry & Maxson LLC
*Admitted Pro Hac Vice*
17295 Chesterfield Airport Road, Suite 209
Chesterfield, Missouri 63005
Telephone:    (636) 777-7870
Facsimile:     (314) 480-5884
rberry@berrymaxson.com

Attorneys for Plaintiff Sharon Rodriguez

/s/ Steven J. Rotunno
---

Steven J. Rotunno (No. 3122500)
Barry P. Kaltenbach (No. 6270034)
Kubasiak, Fylstra, Thorpe & Rotunno, P.C.
Two First National Plaza, 29th Floor
20 South Clark Street
(312) 630-9600
(312) 630-7939 (facsimile)
srotunno@kftrlaw.com
bkaltenbach@kftrlaw.com

Attorneys for Defendants G&M Investments, Inc., Phil Meisinger, LLC, Phillip C. Meisinger, III, and Shara S. Meisinger

/s/ Peter M. King
---

Peter M. King (No. 6279204)
William J. Holloway (No. 1248510)
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
312.704.3846 (Direct)
312.704.3001 (Fax)
pking@hinshawlaw.com
wholloway@hinshawlaw.com

Attorneys for Defendant Stewart Title Company of Illinois, Inc.

/s/ Robert F. Rabin
---

Robert F. Rabin (No. 6203742)
Robbins, Salomon & Patt, Ltd.
25 E. Washington Street, 10th Floor
Chicago, Illinois 60602
(312) 782-9000
(312) 456-0383 (direct)
(312) 782-6690 (fax)
rrabin@rsplaw.com

Attorneys for Defendant Lehman Brothers

## CERTIFICATE OF SERVICE

Michael B. Brohman, an attorney, on oath, certifies that he caused a copy of a *Joint Status Report*, to be electronically served upon counsel of record below:

Robert P. Berry, Esq.
Berry & Maxson LLC
17295 Chesterfield Airport Road, Suite 209
Chesterfield, Missouri 63005
**One of the Attorneys for Plaintiff Sharon Rodriguez**

Steven J. Rotunno, Esq.
Barry P. Kaltenbach, Esq.
Kubasiak, Fylstra, Thorpe & Rotunno, P.C.
Two First National Plaza, 29th Floor
20 South Clark Street
Chicago, Illinois
**Attorneys for Defendants G&M Investments, Inc.,
Phil Meisinger, LLC, Phillip C. Meisinger, III and
Shara S. Meisinger**

Peter M. King, Esq.
William J. Holloway, Esq.
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
**Attorneys for Defendant Stewart Title Company of
Illinois, Inc.**

Robert F. Rabin, Esq.
Robbins, Salomon & Pratt, Ltd.
25 E. Washington Street, 10th Floor
Chicago, Illinois 60602
**Attorneys for Defendant Lehman Brothers**

this 18th day of July 2008.

s/s Michael B. Brohman