UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Sharon Rodriguez

                                      Plaintiff,

v.                                                                          Case No.: 1:08−cv−02033
                                                                         Honorable Ruben Castillo

GM Investments, Inc., et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 7/21/2008. Progress made toward settlement. Plaintiff's counsel and defendants' counsel should continue to pursue this potential settlement. The parties are to report to the Court on 7/25/2008 at 12:00 p.m. whether this case has been tentatively settled. All formal discovery and motions will be stayed until 7/25/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.