# BERRY & MAXSON LLC

17295 Chesterfield Airport Road • Suite 209 • St. Louis, Missouri 63005
Telephone (314) 480-5881 • Facsimile (314) 480-5884
www.berrymaxson.com

Robert P. Berry
Direct 1: (636) 777-7870
Direct 2: (314) 480-5882
rberry@berrymaxson.com

July 25, 2008

*Sent via ECF Filings and U.S. Mail*

Hon. Ruben Castillo
Everett McKinley Dirksen United States Courthouse
Courtroom 2141
219 South Dearborn Street
Chicago, IL 60604

Re:   *Sharon Rodriguez v. G&M Investments, Inc., et al.* (N.D.Ill. 08CV2033)

Your Honor:

On Monday July 21, 2008, counsel and several parties met with you in chambers to explore settlement of the above-referenced case. During the meeting, counsel for defendant Phil Meisinger set out two alternative settlement offers by his client. You asked the parties to report to you by noon today on the status of any on-going settlement discussions.

After receiving additional information from defendant Phil Meisinger over the past several days, and after evaluating various options with Ms. Rodriguez, on July 24 we made a written counter-offer to Mr. Meisinger's counsel. This morning, that offer was rejected, but the parties continue to discuss settlement options. Because it is not our intention to put time pressure on defendants in light of the noon deadline today, Ms. Rodriguez respectfully asks the Court to continue the settlement deadline from noon today through noon on August 1, 2008. If we are able to reach agreement before that time, we will update the Court immediately. If defendants or the Court wish to proceed with scheduling matters in the interim, however, Ms. Rodriguez would have no objection to doing so. Thank you.

Respectfully submitted,

Robert P. Berry
Counsel for Plaintiff Sharon Rodriguez